Decision Per Curiam.

---

William R. Peterson, Appellant, vs. Henry B. Archibald as Receiver for E. C. Parkhurst and Daisy E. Brady as heirs of C. C. Parkhurst, deceased, and R. Fleming Bowden as Sheriff of Duval County, Florida, Appellees.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

*M. C. Jordan,* for Appellant.

*Adams & L'Engle,* for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals. The decree is affirmed.

Decision Per Curiam.